UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | |
| vs. | ) | CAUSE NO. 1:26-mj-517-KMB-1 |
| JOSEPH LOWERY,<br>Defendant. | ) | |

**COURTROOM MINUTE FOR JUNE 29, 2026**
**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared for a Rule 5(c)(3) hearing on the Petition for Action on Conditions of Pretrial Release filed on December 22, 2025 out of the Northern District of Indiana (2:25-cr-00042-1). Defendant appeared in person and by FCD counsel Joseph Cleary. Government represented by AUSA Kelsey Massa. USPO represented by Courtney Ratzlaff.

Financial affidavit approved. Counsel appointed. Charges and rights were read and explained.

Defendant waived his right to an identity hearing.

Government moved for the defendant to remain in custody pending transport to the Northern District of Indiana. Defendant consented to detention pending transport and requested that the detention hearing and any other hearings to which he may be entitled be conducted in the charging district.

Defendant remanded to the custody of the U.S. Marshal pending removal to the Northern District of Indiana.

Dated: 29 JUN 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record
via email generated by the court's ECF system