AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

United States of America
v.
JOSEPH AARON LOWERY

*Defendant*

Case No. 2:25-cr-42

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOSEPH AARON LOWERY, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:
VIOLATED THE CONDITIONS OF PRETRIAL RELEASE

Date: 12/22/2025

s/Chanda J. Berta (nhc)
*Issuing officer's signature*

City and state: Hammond, IN

Chanda J. Berta, Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 12/22/25, and the person was arrested on *(date)* 6/29/26 at *(city and state)* Indianapolis IN.

Date: 6/28/26

[signature]
*Arresting officer's signature*

J. Ruffner, SDUSM
*Printed name and title*